DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

27 AUGUST 2013

| 216P13 | State v. Antonio McKever | 1. Def's *Pro Se* Motion for PDR (COA10-1436) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion for Appropriate Relief | 2. Dismissed |
| | | 3. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 3. Allowed |
| 219P13 | Kimberly K. Moore, as Executrix of Duff S. Moore, deceased v. Scott Trent Smith | 1. Motion for Temporary Stay (COA12-1118) | 1. Allowed **05/22/13** Dissolved the Stay **08/27/13** |
| | | 2. Plt's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Plt's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| | | 4. Plt's Motion for Substitution of Counsel | 4. Allowed **06/18/13** |
| 220P13 | Lake Toxaway Community Association, Inc., a North Carolina non-profit corporation v. RYF Enterprises, Inc. | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA12-422) | 1. Denied |
| | | 2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 2. Dismissed as Moot |
| 222P13 | State v. Sanchez Domonick Wicks | Def's PDR Under N.C.G.S. § 7A-31 (COA12-912) | Denied |
| 224P13 | In the Matter of: H.S.G. | Respondent-Father's PDR Under N.C.G.S. § 7A-31 (COA12-1012) | Denied |
| 225P13 | State v. Jonte Rouson | Def's PDR Under N.C.G.S. § 7A-31 (COA12-382) | Denied |
| 226P13 | State v. Joseph Ragland | Def's PDR Under N.C.G.S. § 7A-31 (COA12-699) | Denied |
| 228P13 | State v. James Lafonte Thompson | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1274) | Denied |